FILED
2010 AUG 26 P 12: 41

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 10 80210 MISC

IN THE MATTER OF

Phillip Wayne Smith - #75058
_____/

### ORDER TO SHOW CAUSE

It appearing that Phillip Wayne Smith has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective July 29, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before October 8, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Phillip Wayne Smith
HC 67 Box 620
Hoopa, CA 95546